RJN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    UNSEALING ORDER

    - against -
                                                  12 M 197

ALBERT CRISCI,

        Defendant.

- - - - - - - - - - - - - - - - -X

        Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rachel J. Nash, for an order unsealing the Affidavit in Support of Application for Arrest Warrant in the above-captioned matter,

        WHEREFORE, it is ordered that the Affidavit in Support of Application for Arrest Warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           March 6, 2012

                                 _____
                                 THE HONORABLE S
                                 UNITED STATES M
                                 EASTERN DISTRIC

S/Gold

RJN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ALBERT CRISCI,

        Defendant.

- - - - - - - - - - - - - - - - -X

UNSEALING APPLICATION

12 M 197

        The government respectfully moves for the unsealing of the Affidavit in Support of Application for Arrest Warrant in the above-captioned matter.  The warrant has been executed.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY
                              Eastern District of New York
                              271 Cadman Plaza East
                              Brooklyn, New York 11201

                    By:  s/_____
                              Rachel Nash
                              Robert Polemeni
                              Assistant U.S. Attorneys
                              (718) 254-6072/6044

Dated:   March 6, 2012
           Brooklyn, New York