# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

       -v-

Albert Crisci
**Defendant.**

NOTICE OF APPEARANCE

Docket Number : 12-197

Judge : Judge Gold

Date : March 6, 2012

PLEASE NOTICE, that I have been RETAINED by _Albert Crisci_ the above named defendant. I was admitted to practice in this district on _1/2006_.

Signature : *Mariel LoSasso*
Print Name : MARIEL LaSASSO
Bar Code : ML9936
Office Address : 80 Maiden Lane, Ste 2205
                        NY, NY 10038
Telephone # : 212-421-6000

*** NOTICE TO ATTORNEY***

    **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.