# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __12-197m__

2) Defendant's Name: __Crisci__ __Albert__
   (Last) (First) (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __✓__ Yes __No   Date/Time: __3/6/12__

10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: __✓__

11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Rachel Nash__

14) DEFENSE COUNSEL'S NAME: ~~Don Rosa~~ __Mariel LaSasso__
    Address: _____
    Bar Code: _____ CJA:__ FDNY:___ RET:__✓__
    Telephone Number: (___) _____

15) LOG #: ( __4:58 - 5:03__ )   MAG. JUDGE: __Steven M. Gold__

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ___ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE